1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIMOTHY GEVOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-526 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| TIMOTHY GEVOCK, | ) |
| | ) Date: February 21, 2012 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, KYLE REARDON, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant TIMOTHY GEVOCK, that the status conference set for January 24, 2012 be vacated, and the matter be set for status conference on February 21, 2012 at 9:30 a.m.

The reason for the continuance is that the investigation of this case is ongoing, and defense counsel is engaged in reviewing the discovery and examining all the contraband involved in this matter. Additional time is needed to accomplish these tasks.

The parties stipulate and agree that the time period between the signing of this order through and including February 21, 2012 should be

excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 23, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TIMOTHY GEVOCK

Dated: January 23, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this

matter must be commenced beginning from the signing of this order through and including February 21, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.

A new status conference date is hereby set for February 21, 2012 at 9:30 a.m.

Dated: January 23, 2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Gevock Stip/Order -3-