```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TIMOTHY GEVOCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-11-0526 JAM |
| Plaintiff, ) | STIPULATION AND ORDER FOR PROTECTIVE ORDER REGARDING |
| v. ) | DEFENSE FORENSIC COMPUTER EXAMINATION |
| TIMOTHY GEVOCK, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Douglas J. Beevers, Assistant Federal Defender, attorney for Mr. Gevock that the Court should approve the proposed protective order governing the defense expert's forensic examination of the computer data in this case.

In order to advise the defendant adequately, the defense of this case requires a further forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography. The parties have agreed that the attached proposed order should govern the defense examination

of the computer media and request that the Court approve the attached proposed order.

Dated: March 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
DOUGLAS J. BEEVERS

Dated: March 2, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas J. Beevers*
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated:__3/5/2012_____     _____
                             /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-11-0526 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| DOUGLAS J. BEEVERS, | ) | |
| Defendant. | ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____     _____