BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY GEVOCK,<br><br>Defendant. | CASE NO.  2:11-CR-00526 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 18, 2012, TO OCTOBER 23, 2012** |

The parties request that the judgment and sentencing currently set for September 18, 2012, at 9:45 a.m., be continued to October 23, 2012, at 9:45 a.m.  This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The following Presentence Report disclosure schedule will apply:

| | Old Date | New Date |
|---|---|---|
| Proposed PSR to Counsel | August 6, 2012 | September 11, 2012 |
| Informal Objections | August 20, 2012 | September 25, 2012 |
| Response to Informal Objections and PSR Filed with the Court | August 27, 2012 | October 2, 2012 |
| Formal Objections / Motion for Correction of PSR | September 4, 2012 | October 9, 2012 |
| Reply or Statement of Non-Opposition | September 11, 2012 | October 16, 2012 |
| Judgment and Sentencing | September 18, 2012 | October 23, 2012 |

Dated: August 8, 2012　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　*/s/ Kyle Reardon*
　　　　　　　　　　　　　　　　KYLE REARDON
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: August 8, 2012　　　　　*/s/ Kyle Reardon* for
　　　　　　　　　　　　　　　　DOUGLAS BEEVERS
　　　　　　　　　　　　　　　　Attorney for Timothy Gevock

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY GEVOCK,<br><br>Defendant. | CASE NO. 2:11-CR-00526 JAM<br><br>**ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 18, 2012, TO OCTOBER 23, 2012** |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for September 18, 2012, at 9:45 a.m., is continued to October 23, 2012 at 9:45 a.m.

Dated: 8/8/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court
Judge

PDF created with pdfFactory trial version www.pdffactory.com